UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

HOWARD COHAN,

    Plaintiff,

v.                                Case No:  2:14-cv-741-FtM-38DNF

WATER SIDE ENTERPRISES, LLC,

    Defendant.
_____/

### ORDER[1]

      This matter comes before the Court on Plaintiff's Notice of Pending Settlement (Doc. #8) filed on April 21, 2015. The notice indicates that the parties have settled this case. A review of the docket, however, reveals the defendant has not appeared in this case because it has not been served. Thus, the Court finds a notice of settlement is not appropriate here. Nonetheless, the Court will entertain, for example but not limited to, a Rule 41(a)(1)(A)(i) dismissal.  The Court takes no further action on the Notice.

      **DONE** and **ORDERED** in Fort Myers, Florida this 21st day of April, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.